**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| RONITA MILLER, NEXT FRIEND OF RM, A MINOR, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:17-CV-00130-RWS |
| v. | § § | |
| CHRISTUS ST. MICHAEL HEALTH SYSTEMS, SMITHS MEDICAL, A SUBSIDIARY OF SMITHS MEDICAL ASD, INC., | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order of even date granting voluntary dismissal in this matter, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 10th day of July, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE